# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2013

Robert P. Young, Jr.,
Chief Justice

146949

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

WILLIAM E. PATSON,
      Plaintiff-Appellant,

v

                                      SC: 146949
                                      COA: 310736

GENERAL MOTORS COMPANY,
      Defendant-Appellee.
                                      MCAC: 11-000090

_____/

      On order of the Court, the application for leave to appeal the February 22, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2013



t0617

                          Clerk